UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 1:18cv22974

DIANE FISHER,

      Plaintiff,

v.

PNC BANK, N.A., and
PNC INVESTMENTS, LLC,

Defendants.
_____/

### SUMMONS IN A CIVIL ACTION

TO:   **PNC INVESTMENTS, LLC**
        C/O Registered Agent:
        Corporation Service Company
        1201 Hays Street
        Tallahassee, Florida 32301

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is: **LEON & SALTIEL, PLLC, 2 Alhambra Plaza, Suite 620, Coral Gables, Florida 33134**. If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATED on _____Jul 24, 2018_____



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Yesenia Rodriguez*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 1:18cv22974

DIANE FISHER,

      Plaintiff,

v.

PNC BANK, N.A., and
PNC INVESTMENTS, LLC,

Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    **PNC BANK, N.A.**
        C/O PNC Bank N.A. Branch
        2711 NE 187th Street
        Aventura, Florida 33180

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is: **LEON & SALTIEL, PLLC, 2 Alhambra Plaza, Suite 620, Coral Gables, Florida 33134**. If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

        DATED on _____

                                              As Clerk of the Courts

                                              By _____
                                                (Seal) as Deputy Clerk