UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22974-CIV-MORENO

DIANE FISHER,

    Plaintiff,

vs.

PNC Bank N.A., and PNC INVESTMENTS, LLC,

    Defendants.
_____/

## ORDER ON CITIZENSHIP OF THE PARTIES

THIS CAUSE came before the Court upon mandate by the United States Court of Appeals for the Eleventh Circuit, remanding this case "for the limited purpose of determining the citizenship of the parties at the time the complaint was filed." **(D.E. 47)**. Pursuant to that mandate, the Court requested the parties to supplement the record with evidence of their citizenship. The parties did so on two occasions, submitting a Joint Supplemental Filing as to Citizenship **(D.E. 49)** and Supplemental Filing as to Citizenship **(D.E. 51)**. Having reviewed those supplemental filings and evidence, and being otherwise fully advised in the premises, it is

**ADJUDGED** that, at the time of filing the complaint, there existed complete diversity of citizenship between the parties. Plaintiff Diane Fisher submits a declaration proving that she permanently resides and is domiciled in New York. **(D.E. 49-2)**. *See Molinos Valle Del Cibao, C. por A. v. Lama*, 633 F.3d 1330, 1341-42 (11th Cir. 2011). Meanwhile, Defendant PNC Bank, N.A., a national bank, submits a copy of its Articles of Association, showing that its main office is located in the City of Wilmington, Delaware. **(D.E. 51-1, Ex. 1)**. Therefore, it is a citizen of Delaware. *See* 28 U.S.C. § 1348; *Wachovia Bank v. Schmidt*, 546 U.S. 303, 307 (2006). As for

Defendant PNC Investments, LLC, a copy of its Limited Liability Company Agreement demonstrates that PNC Bank, N.A. is its sole member. (**D.E. 51-1, Ex. 2**). Thus, PNC Investments, LLC, is a citizen of Delaware, as well. *See Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, 663 F.3d 1304, 1305 (11th Cir. 2011).

Having found that the parties are completely diverse—the Plaintiff is a citizen of New York and the Defendants are citizens of Delaware—the Court returns the record, as supplemented, to the Eleventh Circuit Court of Appeals for further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>24th</u> of June 2020.

*/s/ Federico A. Moreno*
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Clerk of Court for the United States Court of Appeals for the Eleventh Circuit

Counsel of Record